JS 44 (Rev. 11/04)  **CIVIL COVER SHEET**  APPENDIX H

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFF
William G. Ward
223 West Red Lion Road
Bear, DE 19701
(203) 974-9430

### DEFENDANTS
United Parcel Service, Inc.
640 W. 3rd Street
Cincinnati, OH 45202

(b) County of Resident of First Listed Plaintiff  Philadelphia, Pennsylvania
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Hamilton, Ohio
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Danny Elmore, Esquire
Elmore, Pugh & Warren, P.C.
1315 Walnut Street, Suite 800
Philadelphia, PA 19107
(215) 732-9011

Attorneys (If Known)
Miriam S. Edelstein, Esquire
Roy D. Prather III, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X " in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place Of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Individual | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(G)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 765 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | ☐ 871 IRS--Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 446 Amer. w/Disabilities – Other | **PERSONAL INJURY** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 362 Personal Injury- Med. Malpractice | | |
| | | ☐ 365 Personal Injury- Product Liability | | |
| | | ☐ 368 Asbestos Personal Injury Product Liability | | |
| | | **PERSONAL PROPERTY** | | |
| | | ☐ 370 Other Fraud | | |
| | | ☐ 371 Truth in Lending | | |
| | | ☐ 380 Other Personal Property Damage | | |
| | | ☐ 385 Property Damage Product Liability | | |
| | | **PRISONER PETITIONS** | | |
| | | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | |
| | | ☐ 530 General | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal of Wrongful Discharge case based upon diversity jurisdiction (28 U.S.C. §§ 1332 and 1441)

### VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND includes $300,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)  JUDGE _____  DOCKET NUMBER _____

DATE  7/18/11  SIGNATURE OF ATTORNEY OF RECORD – Roy D. Prather, III  /s/ Roy Prather III

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 223 West Red Lion Road, Bear, DE 19701

Address of Defendant: United Parcel Service, Inc., 15 E. Oregon Ave., Philadelphia, PA 19148

Place of Accident, Incident or Transaction: Philadelphia, PA

*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities:   Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number:_____ Judge_____ Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

   Yes ☐   No ☒

---

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

| | A. *Federal Question Cases* | | B. *Diversity Jurisdiction Cases:* |
|---|---|---|---|
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Jones Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7. | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability -- Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☒ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☐ All other Federal Question Cases (Please specify) | | Failure to Promote and Wrongful Discharge |

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____Roy D. Prather III_____, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____5/24/12_____   _____/s/ Roy Prather III_____   _____306803_____
                                              Attorney-at-Law                          Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 28.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____5/24/12_____   _____/s/ Roy Prather III_____   _____306803_____
                                              Attorney-at-Law                          Attorney I.D. #

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

WILLIAM G. WARD, et al., :
: CIVIL ACTION
        Plaintiffs, :
        v. : NO.
:
UPS, :
:
        Defendant. :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus - Cases brought under 28 U.S.C. §2241 through §2255. ☐

(b) Social Security - Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ☐

(c) Arbitration - Cases required to be designated for arbitration under Local Civil Rule 53.2. ☐

(d) Asbestos - Cases involving claims for personal injury or property damage from exposure to asbestos. ☐

(e) Special Management - Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ☐

(f) Standard Management - Cases that do not fall into any one of the other tracks ☒

5/24/12
_____
Date

_____
Attorney-at-Law – Roy D. Prather III

_____
Attorney for Defendant,
United Parcel Service, Inc.

(Civ. 660)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William G. Ward,<br>223 West Red Lion Road<br>Bear, DE 19701<br>    and<br>James McQuade<br>7 Equestrian Road<br>Egg Harbor Township, NJ 08234<br>    and<br>Jovanny Padin<br>4339 Chippendale Street<br>Philadelphia, PA 19136<br>    and<br>Vasken Sarkahian<br>325 Clearbrooke Lane<br>Landsdowne, PA 19050,<br>               Plaintiffs,<br><br>       v.<br><br>UPS<br>1 Hog Island Road<br>Philadelphia, PA 19153,<br>               Defendant. | NO. 12-_____ |

## NOTICE OF REMOVAL

Defendant, incorrectly identified by Plaintiffs as "UPS"[1], hereby removes the above-captioned matter to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 from the Court of Common Pleas, Philadelphia County, Pennsylvania, where it is currently pending, at Case No. June Term 2011 No. 110600107.

## REMOVAL TO THIS JUDICIAL DISTRICT IS PROPER AND TIMELY

1.      Plaintiffs William G. Ward ("Ward"), James McQuade ("McQaude"), Jovanny Padin ("Padin"), and Vasken Sarkahian ("Sarkahian") (collectively, "Plaintiffs") commenced

---

[1] The correct name of the entity that employed Plaintiffs is "United Parcel Service, Inc." (hereinafter "Defendant" or "UPS").

this action in the Philadelphia County Court of Common Pleas by filing a Complaint on June 6, 2011, Case No. June Term 2011 No. 110600107, a true and correct copy of which is attached hereto as Exhibit A.

2. UPS was served by the Dauphin County Sheriff's Office with a copy of the Complaint on June 21, 2011. A true and correct copy of the Philadelphia Court of Common Pleas docket reflecting this service is attached hereto as Exhibit B.

3. In their Complaint, Plaintiffs requested damages "in excess of Fifty-Thousand Dollars" but did not state any other specifics with respect to the amount of damages being sought either separately or in the aggregate in this action. *See* Complaint, Exhibit A.

4. On July 14, 2011, Defendant was served through the Corporation Service Company with Plaintiffs' Notice of Praecipe to Enter Judgment of Non Pros, a true and correct copy of which is attached hereto as Exhibit C.

5. Defendant filed an Answer and New Matter in response to Plaintiffs' Complaint on July 22, 2011, a true and correct copy of which is attached hereto as Exhibit D.

6. Requesting clarification of the amount Plaintiffs are seeking in damages, Defendant served each Plaintiff with its First Request for Admissions ("RFA") on March 23, 2012. True and correct copies of the RFA's directed to Plaintiffs Ward, McQuade, Padin, and Sarkahian are attached hereto as Exhibit E.

7. Plaintiffs served a joint response to Defendant's RFA's on April 27, 2012. In their response, Plaintiffs state that each plaintiff "is seeking total damages in excess of $75,000.00 in this matter." A true and correct copy of Plaintiffs' joint response to Defendant's RFA's is attached hereto as Exhibit F.

8.	Plaintiffs' response to the RFA's was the first pleading, notice order or other paper in this action from which it could be ascertained that this action is removable.

9.	A Case Management Conference was scheduled, and a Case Management Order was entered on September 8, 2011, setting the close of discovery as September 4, 2012, and listing the case to be trial ready on or after January 7, 2013. A true and correct copy of the Case Management Order is attached hereto as Exhibit G.

10.	No further pleadings have been filed, and no other proceedings have yet occurred in the underlying Philadelphia County civil action. *See* Docket, Exhibit B.

## ALLEGATIONS OF THE COMPLAINT

11.	By this action, Plaintiff Ward claims that he was wrongfully denied promotion and was wrongfully terminated and Plaintiffs McQuade, Pavin, and Sarkahian claim that they were wrongfully denied promotion in violation of public policy. Exhibit A, Compl., ¶¶ 29-32, 36, 45, 55.

## REMOVAL IS PROPER UNDER 28 U.S.C. §§ 1332, 1441 and 1446

12.	This action is a civil action within the original jurisdiction of this Court, and may be removed pursuant to 28 U.S.C. § 1332 and the procedures set forth in 28 U.S.C. § 1446, based on diversity of citizenship and the amount in controversy.

13.	Removal to this Court is proper under 28 U.S.C. § 1441(a) because this is a civil action initiated in a state court over which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332, and this District Court embraces the place in which the action is pending.

14. 28 U.S.C. § 1332 provides that federal courts have diversity jurisdiction over actions where (1) diversity of citizenship exists and, (2) the aggregate amount in controversy exceeds $75,000. These requirements are met in this action as set forth below.

15. There is complete diversity of citizenship between the parties.

16. Plaintiff Ward is a resident and citizen of Delaware. Compl., ¶ 1.

17. Plaintiff McQuade is a resident and citizen of New Jersey. Compl., ¶ 2.

18. Plaintiffs Padin and Sarkahian are residents and citizens of Pennsylvania. Compl., ¶¶ 3-4.

19. United Parcel Service, Inc. is an Ohio corporation with its principal place of business in Georgia. Defendant's 7.1 Disclosure Statement (filed contemporaneously with this Notice of Removal). Accordingly, UPS is a citizen of Ohio and Georgia. 28 U.S.C. § 1332(c).

20. Plaintiffs and Defendant are thus citizens of different states.

21. This action satisfies the requirement of 28 U.S.C. § 1332 in that the amount in controversy exceeds the sum or value of $75,000.

22. Plaintiffs seek damages well in excess of $75,000.00. *See, e.g.*, Exhibit H, Plaintiffs' Responses to Request for Admission (seeking damages in excess of $75,000.00. for *each* Plaintiff).

23. Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**ALL PAPERS, PLEADINGS AND ORDERS PURPORTEDLY SERVED ON DEFENDANT ARE ATTACHED AND A NOTICE OF REMOVAL IS BEING FILED WITH THE STATE COURT**

24. Written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal and all attachments, will be promptly served upon all parties and filed with

4

the Prothonotary of the Philadelphia County Court of Common Pleas, Philadelphia, Pennsylvania, in accordance with 28 U.S.C. § 1446(d).

25.     No admission of fact, law or liability is intended by this Notice of Removal, and Defendant expressly preserves all of its defenses, denials and/or objections to Plaintiff's Complaint and each and every allegation thereof.

**WHEREFORE**, Defendant requests that the above-captioned action be removed from the Court of Common Pleas, Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, and that all further proceedings in this action be held before this Court.

Respectfully submitted,

Miriam S. Edelstein (Pa. Id. No. 204557)
Roy D. Prather III (Pa. Id. No. 306803)
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100

Attorney for Defendant
United Parcel Service, Inc.

Dated: May 24, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2012, the foregoing was filed by hand and caused to be served upon the following party via U.S. First Class Mail, postage prepaid:

> Danny Elmore, Esq.
> Elmore, Pugh & Warren, P.C.
> 1315 Walnut Street, Ste. 800
> Philadelphia, PA 19107

_____
Roy D. Prather III