IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM G. WARD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED PARCEL SERVICE, Inc. | : | NO. 12-2886 |

## ORDER

**AND NOW**, this 2nd day of January, 2014, upon consideration of Defendant's Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment (Doc. 13), Plaintiffs' Response (Doc. 15), and Defendant's Reply (Doc. 18), for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. **JUDGMENT** is entered in favor of Defendant United Parcel Service, Inc., and against Plaintiffs William G. Ward, James McQuade, Jovanny Padin and Vasken Sarkahian;

2. The Clerk of Court shall mark this action **CLOSED** for statistical purposes.

BY THE COURT:

  /s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE